**Logan, Maura M.**

| | |
|---|---|
| **From:** | Diulio, Kristopher P. |
| **Sent:** | Tuesday, March 08, 2011 10:41 AM |
| **To:** | Timothy Matusheski; jketcham@psrb.com; femhardt@psrb.com; Brianna Schroeder |
| **Cc:** | Hatch, Timothy J. |
| **Subject:** | 2011.03.08 Diulio email to counsel re March 7, 2011 Correspondence |

Counsel:

In addition to the *Graves* and *Olson* cases, in which ITT was a defendant, the court in *Schultz* included in its order dismissing that action a list of the other complaints against education institutions, each of which was a prior public disclosure.  *See* 2009 U.S. Dist. LEXIS 17015, at *7.   The *Lopez* court also listed in its order the numerous previously-filed "false certification" cases.  *See* 2010 U.S. Dist. LEXIS 25576, at *25 n.9.  Relator's counsel was involved in both *Schultz* and *Lopez*, and thus should be well aware of the prior public disclosures.  Although the disclosures are publicly available, ITT has produced many of them.  *See* ITT_LEV 0086013 - ITT-LEV  0086621.  Ms. Leveski has also produced public disclosures of the allegations and transactions contained in her SAC.  *See* LEV000345 LEV000347, LEV000709 - LEV001308.

Because ITT is incurring substantial fees and expenses on a daily basis, ITT's willingness to forego seeking fees and expenses is contingent on Ms. Leveski's prompt agreement to voluntarily dismiss this action.

Regarding Blain Butner, he is an attorney who represents ITT in a variety of matters.  Mr. Butner must be contacted through ITT's counsel in this litigation to ensure that there is no inadvertent waiver of ITT's privilege.

Best,

Kristopher



**Kristopher P. Diulio**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
3161 Michelson Drive, Irvine, CA 92612-4412
Tel +1 949.451.3907 • Fax +1 949.475.4630
KDiulio@gibsondunn.com • www.gibsondunn.com

---

**From:** Timothy Matusheski [mailto:timmatusheski@hotmail.com]
**Sent:** Monday, March 07, 2011 9:12 PM
**To:** Diulio, Kristopher P.; jketcham@psrb.com; femhardt@psrb.com; Brianna Schroeder
**Cc:** Hatch, Timothy J.
**Subject:** RE: Leveski/ITT -- March 7, 2011 Correspondence

Kris:

We will discuss the issue raised in your letter.  In order to do so, we request that you supplement your discovery responses to identify those documents that you claim are considered a public disclosure of the allegations and transactions contained in Leveski's SAC.

Of the over 4,500 institutions of higher learning that executed a PPA and are eligible to receive Title IV subsidies, please supplement your discovery responses and furnish us with a copy of each document "reflecting complaints filed against other educational institutions under the False Claims Act concerning the incentive compensation ban."

As to Blaine Butner Dow Lohnes PLLC, please advise as to why you contend we must contact these attorneys through your office.

Thanks.

Timothy J. Matusheski
www.Mississippiwhistleblower.com

---

Subject: Leveski/ITT -- March 7, 2011 Correspondence
Date: Mon, 7 Mar 2011 16:35:27 -0800
From: KDiulio@gibsondunn.com
To: jketcham@psrb.com; femhardt@psrb.com; bschroeder@psrb.com; timmatusheski@hotmail.com
CC: THatch@gibsondunn.com

Counsel:
Please review the attached correspondence.
Best,
Kristopher
<<2011.03.07 Ketcham letter.pdf>>
**Kristopher P. Diulio**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
3161 Michelson Drive, Irvine, CA 92612-4412
Tel +1 949.451.3907 • Fax +1 949.475.4630
KDiulio@gibsondunn.com • www.gibsondunn.com

===========================================================================

This message may contain confidential and privileged information.  If it has

been sent to you in error, please reply to advise the sender of the error and

then immediately delete this message.

===========================================================================