# PLEWS SHADLEY RACHER & BRAUN LLP

## ATTORNEYS AT LAW

GEORGE M. PLEWS [1]
SUE A. SHADLEY
PETER M. RACHER
CHRISTOPHER J. BRAUN [1,2]
JEFFREY D. CLAFLIN
FREDERICK D. EMHARDT
S. CURTIS DEVOE
JOHN B. BRIDGE [3]
JEFFREY A. TOWNSEND
JEFFREY D. FEATHERSTUN
DONNA C. MARRON, PH.D.
JOHN M. KETCHAM [4]
ALEXANDRA S. SYLVIA [5]
BRETT E. NELSON [6]
JOHN D. MORIARITY
AMY E. ROMIG [5]
TODD J. JANZEN
GREGORY M. GOTWALD

OF COUNSEL:
CHRISTINE C.H. PLEWS
MARY ANN F. SAGGESE [7]
F. RONALDS WALKER [1,8]
P. KEVIN THOMPSON
KAREN B. SCHEIDLER, CPCU

THERESA M. WILLARD
JONATHAN P. EMENHISER
KATHERINE E. TAYLOR
THAO T. NGUYEN
J. MICHAEL BOWMAN
TONYA J. BOND
ANGELA M. DORRELL
TODD G. RELUE [9]
STEPHANIE T. ECKERLE
SHELLEY M. JACKSON
DANIEL P. CORY
JOSH S. TATUM
COLIN E. CONNOR
BRIANNA J. SCHROEDER
SEAN M. HIRSCHTEN

[1] REGISTERED MEDIATOR
[2] ALSO ADMITTED IN THE
   DISTRICT OF COLUMBIA
[3] ALSO ADMITTED IN NEW YORK
[4] ALSO ADMITTED IN MICHIGAN
[5] ALSO ADMITTED IN KENTUCKY
[6] REGISTERED TO PRACTICE
   BEFORE THE U.S. PATENT
   AND TRADEMARK OFFICE
[7] ALSO ADMITTED IN VIRGINIA
[8] ALSO ADMITTED IN ILLINOIS
[9] ALSO ADMITTED IN NORTH CAROLINA

1346 NORTH DELAWARE STREET
INDIANAPOLIS, INDIANA 46202-2415
TELEPHONE (317) 637-0700
FACSIMILE (317) 637-0710

53732 GENERATIONS DRIVE
SOUTH BEND, INDIANA 46635-1539
TELEPHONE (574) 273-1010
FACSIMILE (574) 271-2050

www.psrb.com

SENDER'S E-MAIL: JKETCHAM@PSRB.COM

March 8, 2011

*Via Email and U.S. Mail*

Kristopher P. Diulio
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive, 12th Floor
Irvine, CA 92612

    RE:    Leveski v. ITT
           Cause No. 1:07–CV–00867–TWP-WGH (SD Ind.)

Dear Kris:

    We received your March 7, 2011 correspondence in which you ask that Ms. Leveski dismiss the qui tam litigation by Wednesday, March 9.  We are considering your request but Wednesday is an unreasonable deadline for such a decision.  Given the significance of the action you request, please provide citations to the deposition transcript that bear upon the points you make regarding Ms. Leveski's testimony.  We will carefully consider your letter.

           Very truly yours,

           John M. Ketcham

JMK/rst
cc:    Timothy J. Matusheski, Esq.
       Brianna J. Schroeder, Esq.