Clark Elwood
Senior Vice President – General Counsel & Secretary
13000 North Meridian Street
Carmel, IN  46032-1404

September 17, 2010
Project Number: 142176
Invoice Number: 311605

Re: ITT Education Resources – Leveski Qui Tam Action

| Employee/Comment | Job | Hours | Rate | Amount |
|---|---|---|---|---|
| **08/13/2010** | | | | |
| Mark Clews | Associate Dir | 2.40 | 275.00 | 660.00 |
| OCR'ing images and pdfs, loading new extracted text back into Relativity | | | | |
| **08/30/2010** | | | | |
| Mark Clews | Associate Dir | 0.50 | 275.00 | 137.50 |
| Decrypting ITT-02-00001437 and creating load file to replace encrypted version in Relativity | | | | |

**Task:  12    Project Management**

| | | | | |
|---|---|---|---|---|
| **08/10/2010** | | | | |
| Mark Clews | Associate Dir | 3.90 | 390.00 | 1,521.00 |
| ITT – Initial review of image and reporting back finding to client; ITT – Amendments to engagement letter | | | | |
| **08/11/2010** | | | | |
| Mark Clews | Associate Dir | 1.00 | 390.00 | 390.00 |
| Project management, updating portal, creation of file type inclusion lists, calls with Matt Riggs, email updates to team, OCR file types | | | | |

ITT Educational Services, Inc
13000 North Meridian Street
Carmel, IN  46032-1404

April 27, 2011
Project Number: 142176
Invoice Number: 329942

Re: ITT Education Resources - Leveski Qui Tam Action

| Employee/Comment | Job | Hours | Rate | Amount |
|---|---|---|---|---|
| **Onsite Forensic** | | | | |
| 03/03/2011 | | | | |
| Andrew Grau | Mng Consultant | 12.00 | 275.00 | 3,300.00 |
| Forensic imaging and network collections | | | | |
| Jan Paul Cruz | Mng Consultant | 10.50 | 275.00 | 2,887.50 |
| Onsite collection of hard drive & network data | | | | |
| Katherine Duncan | Consultant | 11.00 | 275.00 | 3,025.00 |
| Performed forensic collection of 6 hard drives for 5 custodians and prepared documentation and backups. Troubleshooting collection issues related to encryption and custodian computer performance issues. | | | | |
| 03/04/2011 | | | | |
| Andrew Grau | Mng Consultant | 8.00 | 275.00 | 2,200.00 |
| Forensic imaging, network collections, and travel from client site | | | | |
| Jan Paul Cruz | Mng Consultant | 4.50 | 275.00 | 1,237.50 |
| Onsite collection of hard drive & network data | | | | |
| Katherine Duncan | Consultant | 4.50 | 275.00 | 1,237.50 |
| Completed onsite collections and documentation of custodian hard drives. QC'd documentation and backups and prepared media for delivery to client. | | | | |