ITT Educational Services, Inc  
13000 North Meridian Street  
Carmel, IN  46032-1404  

March 29, 2011  
Project Number: 142176  
Invoice Number: 327599  

Re: ITT Education Resources - Leveski Qui Tam Action

| Mark Clews | Associate Dir | 3.70 | 300.00 | 1,110.00 |

QC of HTML files for Production. Review of every page per Jessica Boschee request

02/02/2011

| Jeffrey Lowell | Mng Consultant | 0.40 | 300.00 | 120.00 |

Updated HTML images in Relativity: removed ILB pages

02/03/2011

| Mark Clews | Associate Dir | 1.50 | 300.00 | 450.00 |

OCR extracted text files, call to discuss confidentiality designation and redaction issue call, set up new tags and batch up files for review

02/04/2011

| Mark Clews | Associate Dir | 0.50 | 300.00 | 150.00 |

Calls with Gail Ross regarding captures in Troy, arranging resources for onsite capture

02/07/2011

| Mark Clews | Associate Dir | 2.20 | 300.00 | 660.00 |

Update reviewer tags per Jessica request, calls with Matt Riggs, Gail Ross and Jessica Boschee, change tag order and import existing tags into newly created tags, overlay to add custodian information, fix incorrect Crawley custodian information and clean up folders in database